UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-20604-CR-ALTONAGA

**UNITED STATES OF AMERICA**,

    Plaintiff,
vs.

**WILBER CASTRO VALENCIA**,

    Defendant.
_____/

### ORDER

THIS CAUSE came before the Court on Defendant, Wilber Roberto Castro Valencia's Motion for Investigative Fees to District Cap [ECF No. 87]. Being fully advised, it is

**ORDERED AND ADJUDGED** that the Motion is **GRANTED**. This Court authorizes investigative fees up to $2,600 at the approved CJA rate of $60 per hour with such fees commencing on **December 26, 2019**.

**DONE AND ORDERED** in Miami, Florida, this 6th day of February, 2020.

_____
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record